ELROY W. BROWNING
T-82234 / FAC D1-141
WSP P.O. BOX 7700
WASCO, CA. 93280
    PRO SE



**FILED**

APR 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELROY W. BROWNING
        APPELLEE          E-filing

VS.

JEANNE WOODFORD et at
        APPELLANTS

CASE 1:05-CV-00342-AWI GSA
MOTION TO LEAVE
    FOR APPEAL

MMC

CV 08        2007 (PR)

    I ELROY W. BROWNING, Request for PERMission
Obtained from this court to take action on
a Appeal.

    This action came on for Trial before the
court and a JURY, Honorable Judge Anthony
W. Ishii. In the united states DISTRICT COURT
        For the EASTERN DISTRICT OF CALIFORNIA.

    The issue have been duly Tried and Heard.

/S/ Elroy W. Browning

Date April 7, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELROY W. BROWNING

V.

JEANNE WOODFORD et al

CASE 1:05-CV-00342-AWI GSA
POOF OF SERVICE

I HEREby CERTIFY That on April 7, 2008
I SERVed a COPY of the attached: NOTICE
OF Appeal To the COURT OF Appeal 9th CiR
by placing a copy in a postage ENVelope
On the Person here after

Listed, by depositing said ENVelope in
the U.S Mail at: WASCO State Prison.

STATE OF California
OFFICE OF The ATTORNEY
GENERAL. P.O. BOX 944255
SAcramento, CA. 94244.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA.
450 Golden Gate Ave
P.O. BOX 36060
San Francisco CA
94102

I Declare under Penalty of Perjury that the
forgoing is true and correct.
/S/ Elroy W. Browning