FILED

APR 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELROY BROWNING
T.82234 / Fac DI-141
WASCO STATE Prison
P.O. BOX 7700
WASCO. CA. 93280
Pro Se

E-filing

530

MMC

CV 08   2007   (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELROY W. BROWNING
          APPELLEE
     Vs.
JEANNE WOODFORD et al
     APPELLANTS.

CASE 1:05-CV-00342-AWI-GSA
NOTICE OF APPEAL TO
COURT OF APPEAL
NINTH CIRCUIT

C08-2007 MMC

This action came on for Trial before the
court and a Jury, Honorable Judge Anthony
W. Ishii, In the DISTRICT COURT OF FresNO,
Judge. Presiding, and the Issues have
been duly Tried and heard. and a decision
have been duly Rendered by an Jury For
Defendants C. CASTRO, M. Lopez, and C.
Jackson. on Plaintiff ELROY W. BROWNing
EXCESSIVE Force Claim.

     A NEW Trial, Defendants CounSEL has
SUPPession OF Evidence at Trial, obstructed

Discovery, and the Jury mistake the Law. and
Wasco State Prison had obstructed Appellee
access to court and with held my property and
Did not give me access to the Law Library.

Date April 7, 2008

NAME: ELROY W. BROWNING
T-82234 / Fac DI-141
Wasco State Prison
PO. Box 7700
Wasco, CA. 93280.
/s/ Elroy W. Browning

ELROY BROWNING
T-82234/FacD1-141
WASCO State Prison
P.O. Box 7700 WSP-WASCO State Prison
WASCO, CA. 93280

LEGAL MAIL

94110236661 C004



neoPost™

Mailed From 93280
US POSTAGE

$00.41⁰
04/09/2008

049J62053945

United States District Court
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA. 94102