United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING, | C 08-2007 MMC (PR) |
|     Appellee, | **ORDER ADMINISTRATIVELY CLOSING CASE; DIRECTIONS TO CLERK** |
| vs. | |
| JEANNE WOODFORD, et al., | **(Docket No. 1)** |
|     Appellants. | |

    On April 17, 2008, the instant action was opened when plaintiff, a California prisoner proceeding pro se, filed two documents, one titled "Motion to Leave for Appeal," and one titled "Notice of Appeal to Court of Appeal Ninth Circuit." The caption of each document bears the case number "1:05-CV-00342-AWI GSA," and the text of the documents reveals that plaintiff is attempting to appeal the entry of judgment against him in a civil rights action he filed in the United States District Court for the Eastern District of California, Browning v. Woodford, et al., 1:05-CV-00342-AWI GSA. According to the court docket in that matter, judgment was entered in favor of defendants on March 31, 2008, plaintiff filed a "Motion for Leave to File Appeal" and a Notice of Appeal on April 7, 2008, the appeal was sent to the Ninth Circuit on April 9, 2008, and the matter was assigned a case number in the Ninth Circuit on April 17, 2008.

    Accordingly, as the instant action was opened in error when plaintiff mistakenly sent to this court a document he apparently intended to file in the Eastern District of California,

1 | the Clerk of the Court is hereby DIRECTED to administratively close the case. Because the
2 | instant action was opened in error, no filing fee is due.
3 |     This order terminates Docket No. 1.
4 |     IT IS SO ORDERED.
5 | DATED: May 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge