ELROY W. BROWNING
CDCR# T-82234 / F3C D1-141
WSP - WASCO STATE Prison
P.O. Box 7700
WASCO, CA. 93280

FILED
MAY 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAY -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

008-2007mmc

ELROY W. BROWNING
  Plaintiff
Vs.
JEANNE WOODFORD et al.,

No.# 1:05-CV-00342-AWI-GSA
PLAINTIFF DISMISSAL
OF APPEAL.

  Plaintiff ELROY W. Browning, is a state Prisoner Proceeding Pro se and In Forma Pauperis in this Civil Rights action Pursuant to 42 U.S.C. § 1983. Plaintiff move this Court withdrawal of Plaintiff NOTICE OF APPEAL, DU to that misrepresentation to File an APPEAL of wrong VENUE. FED.R.CiV.Pro. 60.

  Plaintiff has filed his Appeal to United States Court of Appeals for the NINTH CIRCUIT, From The United States District Court In the EASTERN DISTRICT OF CALIFORNIA.

DATE: April 28. 2008

NAME: ELROY W. BROWNING T-82234
F3C D1-141, WSP, P.O. BOX 7700
WASCO, CA. 93280.

/s/ Elroy W. Browning

MEMORANDUM OF POINTS AND AUTHORITIES

ELROY W. BROWNING

   PLAINTIFF            NO. 1:05-CV-00342-AWI-GSA

V.                        PROOF OF SERVICE

JEANNE WOODFORD et al

   I ELROY W. BROWNING, declare under penalty of of Perjury that; I am the Plaintiff in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge.

   On April 28, 2008. I served the foregoing Document. Plaintiff DISMISSAL OF APPEAL.

   On the parts herein by placing a true copys. thereof Enclosed in seal Envelopes with postage paid. in the U.S MAIL. in a deposit so provided at Wasco State Prison. WASCO, CA. 93280.

OFFICE OF THE CLERK

U.S. DISTRICT COURT
NORTHERN DISTRICT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA. 94102

   I Declare under Penalty of Perjury that foregoing is true and correct.

APRIL 28. 2008.            /s/ Elroy W. Browning

Elroy W. Browning
T. 82234 /FACD(-14)
WSP - P.O. Box 7700
Wasco, CA. 93280

WSP-WASCO State Prison

LEGAL MAIL

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES